# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

2:12 pm, 9/13/23

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| JENNIFER L. CASEBOLT,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION SATELLITE<br>OFFICE,<br><br>Defendant, | Case No. 23-CV-156-ABJ |

## FINAL JUDGMENT

THIS MATTER came before the Court on Jennifer L. Casebolt's *pro se Complaint* and *Motion to Proceed In Forma Pauperis*. ECF Nos. 1 and 2. The Court entered an order screening and dismissing Plaintiff's case pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief could be granted.

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that the judgment dismissal is entered, and this case is closed.

Dated this 13th day of September, 2023.

Alan B. Johnson
United States District Judge